FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEDEDIAH and SARAH VALDEZ, a married couple,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TRAVELERS HOME AND MARINE INSURANCE COMPANY, a foreign insurance company,<br><br>　　　　　　Defendant. | No. 2:25-CV-00059-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 14** |

Before the Court is the parties' Status Report – Settlement, ECF No. 14, in which they stipulate to, and request, dismissal of all claims with prejudice and without an award of costs or fees. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The Status Report is signed by all parties who have appeared.

Accordingly, **IT IS HEREBY ORDERED:**

ORDER - 1

1. The parties' Status Report – Settlement, which the Court construes as a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), **ECF No. 14**, is **GRANTED.**

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED August 1, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2